**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| MODULAR MANAGEMENT GROUP, INC. | Case No. 25-cv-01419-BAS-SBC |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF No. 41)** |
| v. | |
| ADAMO CONSTRUCTION, INC., *et. al*, | |
| Defendants. | |

Under Federal Rule of Civil Procedure 15(a)(2), the parties may amend their pleadings with either the opposing party's written consent or the court's leave. Rule 15(a)(2) further provides that "the court should freely give leave when justice so requires." Generally, leave to amend should be granted in the absence of prejudice, bad faith, undue delay, or futility. *See AmerisourceBergen Corp. v. Dialysist West, Inc*., 465 F.3d 946, 951 (9th Cir. 2006).

Here, Plaintiff Modular Management Group, Inc. moved *ex parte* for leave to file a First Amended Complaint ("Motion"). (ECF No. 41.) More specifically, Plaintiff seeks *ex parte* leave to amend the complaint to add five additional defendants revealed throughout discovery on May 5, 2026. (ECF No. 41-1 at 2:3-7.) Plaintiff would not have known about the additional defendants prior to discovery. (*See id*. at 2:11-13.) In addition,

- 1 -

Defendants Adamo Construction, Inc. and Joshua Godknecht did not move to timely oppose Plaintiff's Motion by fourteen days prior to the noticed hearing date of June 5, 2026 (*id*. at 1). *See* CivLR 7.1.e.2.

Thus, the Court **GRANTS** Plaintiff's motion for leave to file a first amended complaint. (ECF No. 41.) Plaintiff may file a first amended complaint on **June 9, 2026**.

**IT IS SO ORDERED.**

**DATED: May 26, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv1419